# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Consolidated Oil & Transportation Company, Inc.<br><br>Debtor.<br><br>Cynthia Skeen, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>Charles Schwab and Company, Inc., Thomas W. Wood, Thomas W. Wood, Trustee, William P. Wood, Trustee and the Thomas W. Wood Trust, and any Successor Trustees of the Thomas W. Wood Trust,<br><br>Defendants. | Bankruptcy Case No. 03-21317 EEB<br><br>05-CV-1740-PSF-OES<br><br>Adversary Proceeding No. 05-1571-EEB |

## ORDER ON DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE

THIS MATTER is upon the Defendants' Motion to Withdraw the Reference (the "Motion") filed in the above-captioned case. The Court has reviewed the Motion and the file in this matter and finds good cause to grant the Motion;

THEREFORE, IT IS HEREBY ORDERED that the Motion is granted and the reference is withdrawn.

Dated this 13th day of September, 2005.

BY THE COURT:

_[signature]_
U.S. Dist. Ct. Judge

Doc# 2048827\1