IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01740-PSF-MEH

CONSOLIDATED OIL & TRANSPORTATION COMPANY, INC.,

    Plaintiff,

v.

CHARLES SCHWAB AND COMPANY, INC.;
THOMAS W. WOOD;
THOMAS W. WOOD, Trustee;
WILLIAM P. WOOD, Trustee;
THE THOMAS W. WOOD TRUST; and
ANY SUCCESSOR TRUSTEES OF THE THOMAS W. WOOD TRUST,

    Defendants.

## ORDER OF DISMISSAL

    The parties having filed a Stipulated Motion to Dismiss With Prejudice (Dkt. # 23) and the Court being advised in the premises, it is

    ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys fees.

    DATED: May 16, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*

                                    _____
                                    Phillip S. Figa
                                    United States District Judge